IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

    Petitioner,                      2:06-cv-0454-GEB-GGH-P

    vs.

DAVID RUNNELS, Warden,

    Respondent.                  ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On December 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 26, 2006, are adopted in full;

2. Respondent's April 20, 2006, motion to dismiss is denied;

3. Petitioner's May 11, 2006, motion for a stay and abeyance is granted, and the petition for writ of habeas corpus is stayed pending exhaustion of claims one and four in state court;

4. Petitioner is required to file a state court petition setting forth claims one and four within thirty days;

5. Petitioner is required to inform this court within thirty days of a state court decision with regard to claims one and four; and

6. Failure to follow the timelines set forth in any order granting a stay is grounds for lifting of the stay, striking the unexhausted claims, and this matter proceeding only as to the previously exhausted claims, claims two and three.

Dated:  February 9, 2007

GARLAND E. BURRELL, JR.
United States District Judge