IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

     Petitioner,                   No. CIV S-06-0454 GEB GGH P

     vs.

DAVID RUNNELS, Warden,

     Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254.  By Order, filed on February 12, 2007, the district

judge adopted the December 26, 2006, Findings and Recommendations, granting petitioner's

motion for a stay and abeyance in order for petitioner to seek state court exhaustion of claims one

and four of his original petition.  Prior to the filing of the order, petitioner, appearing to have

been confused as to how to proceed, on February 8, 2008, filed a first amended petition in this

court, wherein he avers that he sets forth only the two exhausted claims.

        Rather than lifting the stay and proceeding on the two exhausted claims of the first

amended petition, the court will afford petitioner the opportunity to seek to exhaust his

unexhausted claims in state court.  Should he elect not to proceed by that route, he must so

inform this court, the stay will be lifted, and this matter will proceed on petitioner's first

1

1  amended complaint.

2         Accordingly, IT IS ORDERED that:

3         1.  Petitioner must inform the court, within fifteen (15) days, whether he will

4  proceed to file a petition in the state supreme court seeking to exhaust claims one and four of his

5  original petition OR whether he elects to proceed on the first amended petition, filed in this court

6  on February 8, 2008;

7         2.  If he elects to seek state court exhaustion of his unexhausted claims, the stay

8  will remain in force but he must file the state court petition within thirty (30)  days of the date of

9  this order; once the state court reaches a decision, not later than thirty days thereafter, petitioner

10  must inform this court of the decision reached by the state court;

11         4.  If, alternatively, petitioner elects to proceed on the first amended petition, the

12  stay will be lifted and this matter proceed forthwith.

13  DATED: 02/19/08

14                                        /s/ Gregory G. Hollows

15                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

16  GGH:009
    coff0454.ord

2