IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

    Petitioner,                    No. CIV S-06-0454 GEB GGH P

    vs.

DAVID RUNNELS, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Order, filed on 2/12/07, a stay was imposed on this matter to afford petitioner the opportunity to exhaust state court remedies as to two of the claims in his original petition. Petitioner filed a first amended petition on 2/8/08, followed by, on 2/19/08, a second amended petition, setting forth only his exhausted claims. On 2/26/08, petitioner informed the court, in response to the court's Order, filed on 2/19/08, that he has abandoned his unexhausted claims, no longer seeking to exhaust them, and asks that this matter proceed on the second amended petition. The court will grant the request and lift the stay.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's second amended

habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion, filed on 2/26/08 (# 16) to proceed on the second amended petition, filed on 2/19/08, setting forth only exhausted claims, is granted;

2. The stay imposed on this matter by Order, filed on 2/12/07, is lifted;

3. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 03/18/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
coff0454.100(2)