IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

    Petitioner,        No. CIV S-06-0454 GEB GGH P

  vs.

DAVID RUNNELS, Warden,

    Respondent.       ORDER

_____/

    Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 13, 2008 motion for an extension of time (Docket #21) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 05/20/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
coff0454.111