IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

    Petitioner,                      No. CIV S-06-0454 GEB GGH P

    vs.

DAVID RUNNELS, Warden,

    Respondent.                    ORDER

_____/

        Petitioner has requested an extension of time to lodge objections "to magistrate judge's report and recommendation." As there are no findings and recommendations pending at this time, the request will be denied.

        Accordingly, IT IS HEREBY ORDERED that petitioner's November 3, 2008, request for an extension of time (Docket #25) is denied as moot.

DATED: November 10, 2008

                                            /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
coff0454.111(2)