IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES COFFMAN,

    Petitioner,               2:06-cv-0454-GEB-GGH-P

    vs.

DAVID RUNNELS,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se has timely filed a notice of appeal of this court's May 8, 2009, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

1 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3       Petitioner has set forth no arguments in his motion for certificate of appealability
4 concerning the denial of a constitutional right.  In fact, petitioner makes no arguments
5 whatsoever.  The court has already found that petitioner's claims of error regarding the
6 stipulation of his prior felony conviction during trial, had no merit.  Petitioner's claims are not
7 sufficient to justify a certificate of appealability, even under the relatively low standards in
8 <u>Jennings</u>.

9       Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10 denied in the present action.

11 Dated: June 16, 2009

13 _____
    GARLAND E. BURRELL, JR.
14     United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.